SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA    :    Case No. 8:07-CR-00119-T-26MAP

    v.    :

JESUS ERNESTO MONDRAGON-GARCIA, and:    21 U.S.C. §§ 959 and 963
JOSE ALONZO NUNEZ-GUTIERREZ    :    46 U.S.C. §§ 70503(a), and
        70506(a) and (b)
    *S*    :    21 U.S.C. §§ 853 and 970
    R.A.7        (Forfeiture)
    4-11-07    :    46 App. U.S.C. §70507
    (Forfeiture)

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA
2007 APR 11  AM 11: 30
FILED

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From an unknown date, continuing thereafter up to and including the date

of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

JESUS ERNESTO MONDRAGON-GARCIA, and
JOSE ALONSO NUNEZ-GUTIERREZ

did knowingly and willfully combine, conspire and agree with other persons whose

names are known and unknown to the Grand Jury to manufacture and distribute five (5)

kilograms or more of a mixture or substance containing a detectable amount of cocaine,

a schedule II controlled substance, knowing and intending that such substance would

be unlawfully imported into the United States, in violation of Title 21, United States

Code, Section 959.

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

SEALED

## COUNT TWO

From an unknown date, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendants,

### JESUS ERNESTO MONDRAGON-GARCIA, and
### JOSE ALONSO NUNEZ-GUTIERREZ

did knowingly and willfully combine, conspire and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b) and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 970, Title 21, United States Code, Section 853, Title 46 Appendix, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2.    From their engagement in any and all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, which count is realleged and incorporated as if fully set forth herein, the defendants,

### JESUS ERNESTO MONDRAGON-GARCIA, and
### JOSE ALONSO NUNEZ-GUTIERREZ,

2

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 970, incorporating the provisions of Title 21, United States Code, Section 853(a)(1) and (2), all of their interests in:

a.    Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and

b.    Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

3.    From their engagement in any and all of the violations alleged in Count Two of this Indictment, punishable by imprisonment for more than one year, which count is realleged and incorporated as if fully set forth herein, the defendants,

JESUS ERNESTO MONDRAGON-GARCIA, and
JOSE ALONSO NUNEZ-GUTIERREZ

shall forfeit to the United States, pursuant to Title 46 Appendix, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all of their interest in all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11).

4.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a

third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which

cannot be subdivided without difficulty,

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendants up to the value of the

above forfeitable property.

A TRUE BILL,

FOREPERSON

JAMES R. KLINDT
Acting United States Attorney

By: 
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:07-CR-

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JESUS ERNESTO MONDRAGON-GARCIA, and
JOSE ALONSO NUNEZ-GUTIERREZ

## INDICTMENT

Violations:

21 U.S.C. §§ 959 and 963
46 U.S.C. §§ 70503(a) 70506 (a) and (b)

A true bill,

_Phet A. Fialls_
Foreperson

Filed in open court this 11th day

of April, A.D. 2007.

_____
Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\M\Mondragon-Garcia, Jesus_2007R00782_JKR\F_back cover.frm