**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE NO.  8:07-cr-119-T-26MAP             DATE:  May 14, 2007

HONORABLE    MARY S. SCRIVEN       INTERPRETER    Rey Toledo
                                                                   LANGUAGE    Spanish


UNITED STATES OF AMERICA            Joe Ruddy
                                                              Government Counsel
v.


JESUS ERNESTO MONDRAGON-GARCIA        Roland Hermida, CJA
JOSE ALONSO NUNEZ-GUTIERREZ             Scott Robbins, CJA
Defendant                                            Defense Counsel

COURT RPTR/TAPE: Digital recorded         DEPUTY CLERK     S. Saylor

TIME: 2:20 - 2:35              TOTAL    .15          COURTROOM       10A

## PROCEEDINGS:  INITIAL APPEARANCE

X      DEFT PROVIDED W/COPY OF INDICTMENT

X      ARREST DATE: 5/14/2007

X      COURT SUMMARIZED CHARGES

X      COURT ADVISES OF DEFT'S RULE 5 RIGHTS

X      FINANCIAL AFFIDAVIT SUBMITTED FOR APPROVAL

X      FPD / CJA APPOINTED FOR INITIAL APPEARANCE, BOTH DEFTS FAMILIES ARE TRYING TO RETAIN
        COUNSEL

X      GOVT POSITION ON RELEASE OR DETENTION:  DETENTION - ICE DETAINER

X      DEFT'S REQUEST A CONTINUANCE OF DETENTION HEARING

X      COURT: GRANTS CONTINUANCE, DETENTION/ARRAIGNMENT IS SET FOR NEXT WEDNESDAY,
        MAY 23, 2007 AT 12:00 P.M., BOTH DEFTS ORDERED TEMPORARY DETAINED PENDING DETENTION
        HRG.