# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.  8:07-cr-119-T-26MAP                DATE:  May 23, 2007

HONORABLE    MARY S. SCRIVEN              INTERPRETER   Dyalma Ocasio
                                                                              LANGUAGE    Spanish

UNITED STATES OF AMERICA                      Joe Ruddy
                                                                              Government Counsel
v.

JESUS ERNESTO MONDRAGON-GARCIA        Franklin Adler - Retained
JOSE ALONSO NUNEZ-GUTIERREZ          Scott Robbins - Manuel Lopez - Retained
Defendant                                                 Defense Counsel

COURT RPTR/TAPE: Digital recorded           DEPUTY CLERK     S. Saylor

TIME: 12:08 - 12:16           TOTAL   .08           COURTROOM      10A

## PROCEEDINGS:  DETENTION  / ARRAIGNMENT

X       GOVT POSITION ON RELEASE OR DETENTION:  DETENTION Presumption applies
X       DEFT WAIVES DETENTION, but reserves the right to seek release at a later time.

X       COURT:  ORDER OF DETENTION PENDING TRIAL WITHOUT PREJUDICE

X       INDICTMENT FILED AND COPIED TO DEFENDANT'S
X       DEFENDANT'S WAIVED READING OF INDICTMENT
X       NOT GUILTY PLEA ENTERED AS TO THE INDICTMENT
X       TRIAL TERM SET FOR  JULY 2, 2007 BEFORE RICHARD A. LAZZARA
X       STATUS CONFERENCE SET FOR JUNE 14, 2007 AT 9:00 A.M.
X       GOVERNMENT TO PROVIDE RULE 16(a)
X       DEFENDANT'S TO PROVIDE RULE 16(b)
X       PRE-TRIAL DISCOVERY ORDER TO BE ENTERED BY MAGISTRATE JUDGE MARK A. PIZZO
X       DEFT'S REMAINS IN CUSTODY